IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDDIE C. DANTIN,           ) | |
| )                             | |
| Plaintiff,       ) | |
| )                             | CIVIL ACTION NO. |
| v.              ) | 2:15cv762-MHT |
| )                             | (WO) |
| CRENSHAW COUNTY JAIL, et  ) | |
| al.,                     ) | |
| )                             | |
| Defendants.      ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate at the Crenshaw County Jail, filed this lawsuit complaining about being placed in 'lockdown' for eight days and being denied religious, writing, and hygiene materials during that time.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims against defendant Crenshaw County Jail be dismissed.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court

concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 7th day of December, 2015.

                              /s/ Myron H. Thompson  
                             UNITED STATES DISTRICT JUDGE