IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDDIE C. DANTIN,           ) | |
| ) | |
|    Plaintiff,         ) | |
| ) | CIVIL ACTION NO. |
|    v.                 ) | 2:15cv762-MHT |
| ) | (WO) |
| CRENSHAW COUNTY JAIL, et  ) | |
| al.,                      ) | |
| ) | |
|    Defendants.        ) | |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 6) is adopted.

(2) Plaintiff's claims against defendant Crenshaw County Jail are dismissed, and defendant Crenshaw County Jail is terminated as a party to this action.

It is further ORDERED that no costs are taxed.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is not closed, and is referred back to the United States Magistrate Judge for further proceedings.**

**DONE, this the 7th day of December, 2015.**

                                     /s/ Myron H. Thompson\_\_\_\_
                             **UNITED STATES DISTRICT JUDGE**